# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

|  |  |
|---|---|
| JESUS BENITO-LOPEZ<br>*Petitioner*<br><br>v.<br><br>WARDEN, FCC COLEMAN-CAMP<br>*Respondent*<br>*(name of warden or authorized person having custody of petitioner)* | Case No.  5:25-CV-275-JSS-PRL<br>T.B.D.<br>*(Supplied by Clerk of Court)* |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Jesus Benito-Lopez
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Federal Correctional Complex Coleman Camp
   (b) Address: 846 NE 54th Terrace
   Sumterville, FL 33521
   (c) Your identification number: 50598-069
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: United States District Court
          District of Puerto Rico
      (b) Docket number of criminal case: Case No. 3:17-CR-00426-02(CC)
      (c) Date of sentencing: 02/12/2019
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☒ Disciplinary proceedings
☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Warden Mendoza, FCC Coleman-Camp Coleman, Florida
   (b) Docket number, case number, or opinion number: Incident Report #4000603
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Benito-Lopez is challenging the Disciplinary Officer's decision based on multiple violations of BOP policy and his Due Process rights. Benito-Lopez is challenging the sanction 41 days of Good Conduct Time (GCT) credits.
   (d) Date of the decision or action: 10/03/2024

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes            ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: Regional Director of the Southeast Regional Office of the Federal Bureau of Prisons (BP-10)
      (2) Date of filing: 10/24/2024
      (3) Docket number, case number, or opinion number: Remedy ID: 1288407-R1
      (4) Result: No response was ever received from the Southeast Regional Office
      (5) Date of result: N/A
      (6) Issues raised: Please see attached exhibit of the aforementioned Regional Administrative Remedy Appeal for the argument and the issues raised pertinent to this appeal.

   (b) If you answered "No," explain why you did not appeal: N/A

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes            ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: Regional Director of the Southeast Regional Office of the Federal Bureau of Prisons (BP-10)

    (2) Date of filing: 12/05/2024

    (3) Docket number, case number, or opinion number: Remedy ID: 1229024-R1

    (4) Result: Appeal was accepted under Remedy ID: 1228407-R1

    (5) Date of result: 02/12/2025

    (6) Issues raised: Please see attached exhibit of the aforementioned Regional Administrative Remedy Appeal for the argument and the issues raised pertinent to this appeal.

(b) If you answered "No," explain why you did not file a second appeal: N/A

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes      ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: Office of General Counsel of the Federal Bureau of Prisons (Central Office) (BP-11)

    (2) Date of filing: 01/21/2025

    (3) Docket number, case number, or opinion number: Remedy ID: 1228407-A1

    (4) Result: Denied

    (5) Date of result: 03/04/2025

    (6) Issues raised: Please see attached exhibit of the Central Office Administrative Remedy Appeal (BP-11) for the argument and issues raised pertinent to this appeal.

(b) If you answered "No," explain why you did not file a third appeal: N/A

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ☒ No

If "Yes," answer the following:

(a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes      ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Violation of Due Process rights by Bureau of Prisons (BOP) staff's failure to adhere to rules of procedure and follow policy guidelines codefied in law and manufactured evidence.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

See memorandum of law attached detailing violations of BOP procedure and policy, including rules of evidence and the manufacturing/misinterpretation of evidence. All of which violated Benito-Lopez's Due Process rights protected under the 5th Amendment resulting in the punitive loss of good conduct time credits affecting his sentence.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes    ☐ No

**GROUND TWO:**




(a) Supporting facts *(Be brief. Do not cite cases or law.)*:




(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND THREE:**




(a) Supporting facts *(Be brief. Do not cite cases or law.)*:




(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes            ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

    N/A

**Request for Relief**

15. State exactly what you want the court to do: Benito-Lopez respectfully requests the expungment of incident report #4000603 and the return of his 41 days of Good Conduct Time (GCT) credits.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

April 4, 2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  04/04/2025

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*